# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robertson, Katherine A. | United States District Court for the District of Massachuset | 07/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

300 State Street
Springfield, MA 01105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/2011 | Payout of partnership interest by Bulkley, Richardson and Gelinas, LLP, completed January 2015 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Bulkley, Richardson and Gelinas, LLP - partnership buyout, net | $6,706.54 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Smith College - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 07/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stocks -Dividend Reinvest (H) | | | | | | | | | |
| 2. -AFLAC connom | B | Dividend | K | T | | | | | |
| 3. -AT&T common | C | Dividend | L | T | | | | | |
| 4. -Avery Dennison, common | A | Dividend | J | T | | | | | |
| 5. -Bank of America, common | A | Dividend | | | Sold | 08/27/15 | J | | |
| 6. -Camden Property Trust, common | A | Distribution | J | T | | | | | |
| 7. -\Century Link, common | A | Dividend | J | T | | | | | |
| 8. -Chevron, common | B | Dividend | K | T | | | | | |
| 9. -Colgate-Palmolive, common | A | Dividend | K | T | | | | | |
| 10. -Delhaize Group, common | A | Dividend | J | T | | | | | |
| 11. -Diebold, common | A | Dividend | J | T | | | | | |
| 12. -EMC Insurance Group, common | A | Dividend | J | T | | | | | |
| 13. -Emerson, common | A | Dividend | J | T | | | | | |
| 14. -ExxonMobil, common | D | Dividend | M | T | | | | | |
| 15. -H.B. Fuller, common | A | Dividend | K | T | | | | | |
| 16. -General Growth Properties, common | A | Distribution | J | T | | | | | |
| 17. -Rouse Properties, common | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Howard Hughes, common | | None | J | T | | | | | |
| 19. -HSBC Holdings, common | A | Dividend | J | T | | | | | |
| 20. -Intel, common | A | Dividend | K | T | | | | | |
| 21. -Invacare, common | A | Dividend | J | T | | | | | |
| 22. -Johnson Controls, common | A | Dividend | K | T | | | | | |
| 23. -Monsato, common | A | Dividend | J | T | | | | | |
| 24. -JPMorgan Chase, common | A | Dividend | | | Sold | 08/27/15 | J | C | |
| 25. -Motorola Solutions, common | A | Dividend | J | T | | | | | |
| 26. -Pepsico, common | A | Dividend | K | T | | | | | |
| 27. -Pfizer, common | A | Dividend | J | T | | | | | |
| 28. -PolyOne, common | A | Dividend | J | T | | | | | |
| 29. -Quanex Building Products, common | A | Dividend | J | T | | | | | |
| 30. - Ryder, common | A | Dividend | J | T | | | | | |
| 31. -Southern Co, common | A | Dividend | J | T | | | | | |
| 32. -TD Bank, common | A | Dividend | J | T | | | | | |
| 33. -UDR, common | A | Distribution | J | T | | | | | |
| 34. -Verizon, common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Wells Fargo, common | B | Dividend | L | T | | | | | |
| 36. -Whirlpool, common | A | Dividend | J | T | | | | | |
| 37. TIAA-CREF Funds (H) | | | | | | | | | |
| 38. -TIAA-CREF International Equity Fund | A | Dividend | K | T | | | | | |
| 39. -TIAA-CREF Money Market Fund | | None | N | T | | | | | |
| 40. -TIAA-CREF Growth & Income Fund | C | Distribution | L | T | | | | | |
| 41. -TIAA-CREF Large-Cap Growth Fund | B | Distribution | L | T | | | | | |
| 42. -TIAA-CREF Bond Plus Fund | B | Distribution | K | T | | | | | |
| 43. US Savings Bonds, EE | A | Interest | J | T | | | | | |
| 44. MTL Insurance Co - life Insurance | A | Dividend | J | T | | | | | |
| 45. Rental, Conway, Massachusetts - assessed value $191,800 | E | Rent | M | S | | | | | |
| 46. TD Bank, account | A | Interest | O | T | | | | | |
| 47. Reitrement Accounts (H) | | | | | | | | | |
| 48. -CREF Stock Fund | | None | P1 | T | | | | | |
| 49. -CREF Growth Fund | | None | J | T | | | | | |
| 50. -CREF Equity Index Fund | | None | J | T | | | | | |
| 51. -CREF Global Equities Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -TIAA Real Estate Fund | | None | J | T | | | | | |
| 53. -CREF Bond Fund | | None | J | T | | | | | |
| 54. -Wells Fargo Adv Growth Fund | | None | M | T | | | | | |
| 55. -TIAA Traditional Annuity | | None | K | T | | | | | |
| 56. -CREF Stock Fund | | None | M | T | | | | | |
| 57. -TIAA-CREF, Teachers Personal Annuity | | None | L | T | | | | | |
| 58. -SMART Capital Presevation Fund | | None | L | T | | | | | |
| 59. -MM S&P 500 Index (Northrn Trst) | | None | O | T | | | | | |
| 60. Investment Club (H) | | | | | | | | | |
| 61. -Air Lease, common | A | Dividend | | | Sold | 12/01/15 | J | A | |
| 62. -Berkshire Hills Bancorp, common | A | Dividend | | | Sold | 12/01/15 | J | B | |
| 63. -Cemex, common | | None | | | Sold | 12/01/15 | J | A | |
| 64. -Constellation Brands, common | A | Dividend | | | Sold | 12/01/15 | J | C | |
| 65. -Corning, common | A | Dividend | | | Sold | 12/01/15 | J | B | |
| 66. -Dunkin Brands Group, common | A | Dividend | | | Sold | 12/01/15 | J | A | |
| 67. -Facebook, common | | | | | Sold | 12/01/15 | J | C | |
| 68. -FedEx, common | A | Dividend | | | Sold | 12/01/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ford, common | A | Dividend | | | Sold | 12/01/15 | J | A | |
| 70. -GAP, common | A | Dividend | | | Sold | 06/17/15 | J | | |
| 71. -General Electric, common | A | Dividend | | | Sold | 12/01/15 | K | B | |
| 72. -GlaxoSmithKline, common | A | Dividend | | | Sold | 12/01/15 | J | | |
| 73. -Hain Celestial Group, common | | | | | Sold | 12/01/15 | J | | |
| 74. -Home Depot, common | A | Dividend | | | Sold | 12/01/15 | K | E | |
| 75. -Imax, common | | | | | Sold | 12/01/15 | J | A | |
| 76. -Johnson & Johnson, common | A | Dividend | | | Sold | 12/01/15 | J | E | |
| 77. -Microsoft, common | A | Dividend | | | Sold | 06/17/15 | J | C | |
| 78. -S & P Depositiory Receipts | A | Dividend | | | Sold | 12/01/15 | J | C | |
| 79. -Teva Pharmaceutical Inds, common | A | Dividend | | | Sold | 06/17/15 | J | C | |
| 80. -3M, common | A | Dividend | | | Sold | 12/01/15 | J | C | |
| 81. -Tiffany, common | A | Dividend | | | Sold | 12/01/15 | J | C | |
| 82. -Toronoto Dominion, common | A | Dividend | | | Sold | 06/17/15 | J | A | |
| 83. -Wal-Mart, common | A | Dividend | | | Sold | 06/17/15 | J | A | |
| 84. -Whole Foods, common | A | Dividend | | | Sold | 12/01/15 | J | C | |
| 85. -S & P Deository Receipts | A | Dividend | | | Sold | 12/01/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 07/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Fidelity Cash Reserves Fund | A | Dividend | | | Sold | 12/01/15 | J | | |
| 87.  -Fideitly Brokerage, cash account | A | Interest | | | Sold | 12/01/15 | J | | |
| 88.  -Bank of America, account | | None | | | Sold | 12/01/15 | J | | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 07/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Robertson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544